```
1   LAW OFFICE OF DONALD F. SETH
    Donald F. Seth (State Bar No. 92318)
2   290 B Street, Suite 205
3   Santa Rosa, California 95401
    Telephone: (707) 545-6370; Facsimile: (707) 545-9770
4   donaldfseth@gmail.com

5
    LAW OFFICES OF S. CHANDLER VISHER
6   S. Chandler Visher (State Bar No. 52957)
    44 Montgomery Street, Suite 3830
7   San Francisco, California 94104
    Telephone: (415) 901-0500; Facsimile: (415) 901-0504
8   chandler@visherlaw.com

9
    CONSUMER LAW OFFICE OF MARIE NOEL APPEL
10  Marie Noel Appel (State Bar No.  187483)
    44 Montgomery Street, Suite 3830
11  San Francisco, California 94104
    Telephone (415) 901-0508; Facsimile (415) 901-0504
12  marie@consumerlaw.ws

13
    Attorneys for Plaintiff and the Class
14

15
                        UNITED STATES DISTRICT COURT
16
                        NORTHER DISTRICT OF CALIFORNIA
17
                            SAN FRANCISCO DIVISION
18
```

| | |
|---|---|
| GLORIA VILLEGAS, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>US BANCORP, a Delaware Corporation; US BANK, NATIONAL ASSOCIATION; and US BANK, NATIONAL ASSOCIATION ND; and DOES 1 through 20<br><br>            Defendants. | NO. CV 10-1762 RS<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT US BANCORP** |

---

**STIPULATED DISMISSAL OF US BANCORP**             1             NO. CV 10-1762 RS

All parties to this action, by and through their undersigned counsel, hereby stipulate and agree that defendant U.S. Bancorp be dismissed without prejudice, with all parties bearing their respective costs and attorneys' fees.

**THE PARTIES HEREBY STIPULATE TO THIS DISMISSAL:**

LAW OFFICES OF DONALD F. SETH
LAW OFFICES OF S. CHANDLER VISHER
CONSUMER LAW OFFICE OF MARIE NOEL APPEL

Dated:  October 5, 2010     By:     /s/ S. Chandler Visher
S. Chandler Visher, Esq.,
Attorneys for Plaintiff


REED SMITH LLP

Dated:  October 5, 2010     By:     / s / Heather B. Hoesterey
Donald P. Rubenstein
Heather B. Hoesterey
Attorneys for Defendants
U.S. Bancorp, U.S. Bank, National Association and
U.S. Bank, National Association ND


**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties IT IS HEREBY ORDERED that Defendant U.S. Bancorp is dismissed without prejudice, with all parties bearing their respective costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  10/5/10                              _____
RICHARD SEEBORG
United States District Court

---

**STIPULATED DISMISSAL OF US BANCORP**          2          NO. CV 10-1762 RS