1  Donald P. Rubenstein (SBN 121034)
   Email:  drubenstein@reedsmith.com
2  Heather B. Hoesterey (SBN 201254)
   Email:  hhoesterey@reedsmith.com
3  Jennifer J. Brady (SBN 233440)
   Email:  jbrady@reedsmith.com
4  REED SMITH LLP
   101 Second Street, Suite 1800
5  San Francisco, CA  94105-3659
   Telephone:     +1 415 543 8700
6  Facsimile:      +1 415 391 8269

7  Attorneys for Defendants
   U.S. Bancorp, U.S. Bank National Association
8  and U.S. Bank National Association ND

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA VILLEGAS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>US BANCORP, a Delaware Corporation; US BANK, NATIONAL ASSOCIATION; and US BANK, NATIONAL ASSOCIATION ND; and DOES 1 through 20,<br><br>Defendants. | Case No.:  CV 10-1762 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION SCHEDULE**<br><br>Complaint filed:   March 10, 2010<br>Trial date:             None set<br><br>The Honorable Richard Seeborg |

Pursuant to Local Rules 6.1(b) and 6.2, the parties hereby stipulate and request that this Court enter an order extending the class certification schedule. This Stipulation is entered into by and among Plaintiff Gloria Villegas ("Plaintiff") and Defendants US Bank, National Association and US Bank, National Association ND (collectively "Defendants"), through their respective counsel with reference to the following:

**RECITALS**

1. The Court's Case Management Scheduling Order, filed September 10, 2010, set the class certification schedule. The Court's Order directed Plaintiff to file her class certification motion on or before January 13, 2011, Defendants to file their opposition on or before February 10, 2011, and Plaintiff's reply brief to be filed no later than March 2, 2011. The Court set the hearing on the motion for class certification for March 24, 2011 at 1:30 p.m.

2. Subsequently, the parties agreed to participate in private mediation. On November 2, 2010, the Parties commenced private mediation before Judge Ronald M. Sabraw (Ret.) of JAMS.

3. The parties believe that they made significant progress during that ADR session and, among other things, agreed to the exchange of information necessary to permit further meaningful settlement discussions in the near term. The parties anticipate that the further exchange of information and settlement discussions will occur during the next 30 days.

4. The parties have not requested any prior modifications of the Court's deadlines.

**STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED, by and between the parties, through their counsel that, with the Court's approval:

That the class certification deadlines set forth in the Court's September 10, 2010 Order in this action be modified as follows:

    a. The hearing on Plaintiff's motion for class certification shall take place on April 25, 2011, or as soon thereafter as the Court may hear the matter, at 1:30 p.m. in Courtroom 3, 17th Floor;

    b. Plaintiff shall file the class certification motion on or before February 17, 2011;

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1      c.    Defendants shall file their opposition motion on or before March 17, 2011;

2          and

3      d.    Plaintiff's reply brief shall be due no later than April 7, 2011.

LAW OFFICES OF DONALD F. SETH
LAW OFFICES OF S. CHANDLER VISHER
CONSUMER LAW OFFICE OF MARIE NOEL APPEL

Dated: November 18, 2010

By: / s / S. Chandler Visher
    S. Chandler Visher, Esq.
    Attorneys for Plaintiff Gloria Villegas

REED SMITH LLP

Dated: November 18, 2010

By: / s / Heather B. Hoesterey
    Donald P. Rubenstein
    Heather B. Hoesterey
    Attorneys for Defendants US Bank, National Association and US Bank, National Association ND

## [PROPOSED] ORDER

Pursuant to this Stipulation of the parties IT IS HEREBY ORDERED that the class certification deadlines set forth in the Court's September 10, 2010 Order are extended as follows:

1. A hearing on Plaintiff's motion for class certification shall take place on April 28, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor;

2. Plaintiff shall file the class certification motion on or before February 17, 2011;

3. Defendants shall file their opposition motion on or before March 17, 2011; and

4. Plaintiff's reply brief shall be due no later than April 7, 2011.

**IT IS SO ORDERED.**

Dated: 11/22/10

_____
The Honorable Richard Seeborg
United States District Court Judge