*E-Filed 1/10/11*

Donald P. Rubenstein (SBN 121034)
Email: drubenstein@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
Jennifer J. Brady (SBN 233440)
Email: jbrady@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
U.S. Bancorp, U.S. Bank National Association
and U.S. Bank National Association ND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLORIA VILLEGAS, on behalf of herself and all others similarly situated,

Plaintiff,

v.

US BANCORP, a Delaware Corporation; US BANK, NATIONAL ASSOCIATION; and US BANK, NATIONAL ASSOCIATION ND; and DOES 1 through 20,

Defendants.

Case No.: CV 10-1762 RS

**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND CLASS CERTIFICATION SCHEDULE**

Complaint filed: March 10, 2010
Trial date: None set

The Honorable Richard Seeborg

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Pursuant to Local Rules 6.1(b) and 6.2, the parties hereby stipulate and request that this Court enter an order extending the class certification schedule. This Stipulation is entered into by and among Plaintiff Gloria Villegas ("Plaintiff") and Defendants US Bank, National Association and US Bank, National Association ND (collectively "Defendants"), through their respective counsel with reference to the following:

**RECITALS**

1. The Court's Case Management Scheduling Order, filed September 10, 2010, set the class certification schedule. The Court's Order directed Plaintiff to file her class certification motion on or before January 13, 2011, Defendants to file their opposition on or before February 10, 2011, and Plaintiff's reply brief to be filed no later than March 2, 2011. The Court set the hearing on the motion for class certification for March 24, 2011 at 1:30 p.m.

2. Subsequently, the parties agreed to participate in private mediation. On November 2, 2010, the Parties commenced private mediation before Judge Ronald M. Sabraw (Ret.) of JAMS.

3. The parties believe that they made significant progress during that ADR session and, among other things, agreed to the exchange of information necessary to permit further meaningful settlement discussions in the near term. The parties anticipated that the further exchange of information and settlement discussions would occur by the end of December 2010.

4. On November 18, 2010, the parties, through their counsel, and with the Court's approval continued the class certification deadlines. The Court's Order directs Plaintiff to file her class certification motion on or before February 17, 2011, Defendants to file their opposition motion on or before March 17, 2011 and Plaintiff's reply brief to be filed no later than April 7, 2011. The hearing on the motion for class certification is set for April 28, 2011.

5. The parties continue to exchange information necessary to permit further meaningful settlement discussions. To allow time to continue the settlement discussions and conclude the exchange of information, the parties request that the Court agree to a further extension of the class certification deadlines.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED, by and between the parties, through their counsel that, with the Court's approval:

That the class certification deadlines set forth in the November 22, 2010 Stipulation and Order to Extend Class Certification Schedule in this action be modified as follows:

a. The hearing on Plaintiff's motion for class certification shall take place on June 23, 2011, or as soon thereafter as the Court may hear the matter, at 1:30 p.m. in Courtroom 3, 17th Floor;

b. Plaintiff shall file the class certification motion on or before April 14, 2011;

c. Defendants shall file their opposition motion on or before May 12, 2011; and

d. Plaintiff's reply brief shall be due no later than June 2, 2011.

LAW OFFICES OF DONALD F. SETH
LAW OFFICES OF S. CHANDLER VISHER
CONSUMER LAW OFFICE OF MARIE NOEL APPEL

Dated: January 6, 2011

By: /s/ S. Chandler Visher
S. Chandler Visher, Esq.
Attorneys for Plaintiff Gloria Villegas

REED SMITH LLP

Dated: January 6, 2011

By: /s/ Donald P. Rubenstein
Donald P. Rubenstein
Heather B. Hoesterey
Attorneys for Defendants US Bank, National Association and US Bank, National Association ND

**[~~PROPOSED~~] ORDER**

Pursuant to this Stipulation of the parties IT IS HEREBY ORDERED that the class certification deadlines set forth in the November 22, 2010 Stipulation and Order to Extend Class Certification Schedule are extended as follows:

1. The hearing on Plaintiff's motion for class certification shall take place on June 23, 2011, or as soon thereafter as the Court may hear the matter, at 1:30 p.m. in Courtroom 3, 17th Floor;
2. Plaintiff shall file the class certification motion on or before April 14, 2011;
3. Defendants shall file their opposition motion on or before May 12, 2011; and
4. Plaintiff's reply brief shall be due no later than June 2, 2011.

**IT IS SO ORDERED.**

Dated: 1/10/11

The Honorable Richard Seeborg
United States District Court Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware