*E-Filed 5/5/11*

Donald P. Rubenstein (SBN 121034)
Email: drubenstein@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
Jennifer J. Brady (SBN 233440)
Email: jbrady@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Defendants
U.S. Bancorp, U.S. Bank National Association
and U.S. Bank National Association ND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA VILLEGAS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>US BANCORP, a Delaware Corporation; US BANK, NATIONAL ASSOCIATION; and US BANK, NATIONAL ASSOCIATION ND; and DOES 1 through 20,<br><br>Defendants. | Case No.:  CV 10-1762 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESET MOTION TO COMPEL ARBITRATION HEARING AND EXTEND CLASS CERTIFICATION SCHEDULE**<br><br>Complaint filed:  March 10, 2010<br>Trial date:           None set<br><br>The Honorable Richard Seeborg |

Pursuant to Local Rules 6.1(b) and 6.2, the parties hereby stipulate and request that this Court enter an order extending the remaining class certification deadlines.  This Stipulation is entered into by and among Plaintiff Gloria Villegas ("Plaintiff") and Defendants US Bank, National Association and US Bank, National Association ND (collectively "Defendants"), through their respective counsel with reference to the following:

**RECITALS**

1. The Court's Case Management Scheduling Order, filed September 10, 2010, set the class certification schedule. On January 10, 2011, the parties, through their counsel, and with the Court's approval continued the class certification deadlines ("Order"). The Court's Order directed Plaintiff to file her class certification motion on or before April 14, 2011, Defendants to file their opposition motion on or before May 12, 2011, and Plaintiff's reply brief to be filed no later than June 2, 2011. The hearing on the motion for class certification is set for June 23, 2011.

2. On April 14, 2011, Plaintiff filed her Motion for Class Certification.

3. On April 27, 2011, the United States Supreme Court issued its decision in *AT&T Mobility v. Concepcion*, 563 U.S. ____, No. 09-893 slip op. (U.S.S.C. April 27, 2011), which, among other things, holds that the Federal Arbitration Act preempts state law, including state laws invalidating waivers in arbitration agreements.

4. On April 28, 2011, Defendants filed their Motion to Compel Arbitration and Stay Proceedings ("Motion to Compel Arbitration"). Defendants' Motion to Compel Arbitration is set for hearing on June 9, 2011.

5. In the interests of judicial economy and to allow the Court to rule upon Defendants' Motion to Compel Arbitration before any further proceedings in this action, the parties request that the Court agree to reset the hearing on Defendants' Motion to Compel Arbitration to June 23, 2011, the date now set for the class certification motion, and grant a further extension of the remaining briefing and hearing of the class certification motion.

**STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED, by and between the parties, through their counsel that, with the Court's approval:

1. The hearing on defendant's Motion to Compel Arbitration is rescheduled to June 23, 2011, at 1:30 p.m.

2. That the class certification deadlines set forth in the January 10, 2011 Stipulation and Order to Extend Class Certification Schedule in this action be modified as follows:

a. The hearing on Plaintiff's motion for class certification shall take place on September 1, 2011, or as soon thereafter as the Court may hear the matter, at 1:30 p.m. in Courtroom 3, 17th Floor;

b. Defendants shall file their opposition motion to Plaintiff's certification motion (filed on April 14, 2011) on or before July 21, 2011; and

c. Plaintiff's reply brief shall be due no later than August 18, 2011.

```
                                          LAW OFFICES OF DONALD F. SETH
                                          LAW OFFICES OF S. CHANDLER VISHER
                                          CONSUMER LAW OFFICE OF MARIE
                                          NOEL APPEL

Dated: May 4, 2011                        By: / s / S. Chandler Visher
                                              S. Chandler Visher, Esq.
                                              Attorneys for Plaintiff Gloria Villegas


                                          REED SMITH LLP


Dated: May 4, 2011                        By: / s / Jennifer Brady
                                              Donald P. Rubenstein
                                              Heather B. Hoesterey
                                              Jennifer J. Brady
                                              Attorneys for Defendants US Bank, National
                                              Association and US Bank, National
                                              Association ND
```

## [~~PROPOSED~~] ORDER

Pursuant to this Stipulation of the parties IT IS HEREBY ORDERED that the class certification deadlines set forth in the Court's September 10, 2010 Order are extended as follows:

1. A hearing on Plaintiff's motion for class certification shall take place on September 1, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor;

2. Defendants shall file their opposition motion to Plaintiff's certification motion (filed on April 14, 2011) on or before July 21, 2011; and

3. Plaintiff's reply brief shall be due no later than August 18, 2011.

1   **IT IS SO ORDERED.**

2

3   Dated:  __5/5/11_____                      _____
                                                  The Honorable Richard Seeborg
4                                                 United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.:  CV 10-1762 RS                    – 4 –                              US_ACTIVE-106155592.1
STIPULATION AND [~~PROPOSED~~] ORDER TO RESET MOTION TO COMPEL ARBITRATION HEARING AND
EXTEND CLASS CERTIFICATION SCHEDULE